IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| DOUGLASS DENSAL BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-CV-1115-BLW |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FERNANDO GONZALEZ, M. CARRASCO, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It appears that Plaintiff has been released from prison. It is unclear whether Plaintiff intends to pursue his case. NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff shall either (1) file a new in forma pauperis application, providing the Court with information about his current monthly income (including all government aid) and expenses or (2) pay the $350 filing fee, within thirty (30) days after entry of this Order. Failure to take one of these actions will result in dismissal of this case without prejudice without further notice to Plaintiff.

**ORDER  1**



DATED: **January 7, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER 2**