IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| DOUGLASS DENSAL BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-CV-1115-BLW |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FERNANDO GONZALEZ, M. CARRASCO, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court earlier ordered Plaintiff to either (1) file a new in forma pauperis application, providing the Court with information about his current monthly income (including all government aid) and expenses or (2) pay the $350 filing fee, no later than February 10, 2010. On February 2, 2010, Plaintiff requested an extension of time to take action in this case because of his anticipated parole release date of February 23, 2010. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time (Docket No. 12) is GRANTED. Plaintiff's new in forma pauperis application or $350 filing fee shall be due no later than **April 30, 2010**.

ORDER 1

Failure to take one of these actions will result in dismissal of this case without prejudice without further notice to Plaintiff.

DATED: **April 13, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court

**ORDER** 2