IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| DOUGLASS DENSAL BROWN, ) | | |
| ) | | |
| Plaintiff, ) | Case No. CV 08-01115-BLW | |
| ) | | |
| vs. ) | **ORDER** | |
| ) | | |
| FERNANDO GONZALEZ and ) | | |
| M. CARRASCO, ) | | |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

The Court previously issued an Order requiring Plaintiff to file a new application for in forma pauperis status or pay the filing fee no later than April 30, 2010, and warning Plaintiff that failure to take such action would result in dismissal of his case without prejudice. (Docket No. 13.) Plaintiff has failed to take any further action.

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Complaint (Docket No. 1) is DISMISSED without prejudice.

**ORDER - 1**



DATED: **June 29, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER - 2**