IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DOUGLASS DENSAL BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FERNANDO GONZALEZ and ) <br> M. CARRASCO, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. CV 08-01115-BLW <br><br> **JUDGMENT** |

The Court has entered an Order dismissing this action without prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's entire case, including Plaintiff's Complaint (Docket No. 1), is DISMISSED without prejudice.

DATED: **June 29, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**